**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>JORGE JACOBO-FABELA,<br><br>              Defendant. | Case No.: 23CR0469-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF THE INFORMATION** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 6/5/23

_____
HONORABLE TODD W. ROBINSON
United States District Judge

FILED JUN 5 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY